PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JERMAINE TURNER, ) | |
| ) | CASE NO. 5:13cv1089 |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ALAN LAZAROFF, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Respondent. ) | **ORDER** [Regarding ECF No. 21] |

On October 31, 2014, Magistrate Judge George J. Limbert issued a Report and Recommendation ("R&R") recommending that the Court dismiss Petitioner's petition for a writ of habeas corpus (ECF No. 1) in its entirety with prejudice, including denying as moot Petitioner's request for an evidentiary hearing (ECF No. 9) that the Court had previously held in abeyance (ECF No. 20).

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a report and recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a report and recommendation within 14 days of service. *Id.*; Fed. R. Civ. Pro. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the R&R were due by November 17, 2014. Petitioner

(5:13cv1089)

has not filed an objection. Accordingly, the Court adopts the R&R (ECF No. 21). Petitioner's petition (ECF No. 1) is denied in its entirety with prejudice. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

| | |
|---|---|
| November 26, 2014 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |